UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ALESIA BROWN,  )
 )
    Plaintiff, )
 )
v. )   No. 4:09CV274 DJS/TCM
 )
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
 )
    Defendant. )

MOTION: ✓
Granted ____
Denied ____
Overruled ____
Date ____
 8/27/09

FIRST MOTION FOR ENLARGEMENT OF TIME

The Defendant, pursuant to Rule 6(b), F.R.Civ.P., respectfully moves the Court to enlarge the period of time in which he may file his Brief in Support of the Answer up to and including September 21, 2009. Opposing counsel has no objection.

Respectfully submitted,

MICHAEL W. REAP
ACTING UNITED STATES ATTORNEY

s/ Jane Rund
JANE RUND #47298
Assistant United States Attorney
111 South 10th Street, Suite 20.333
St. Louis, Missouri 63102
(314) 539-2200
(314) 539-2777 FAX