UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALESIA BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 4:09CV274-DJS |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge issued on February 17, 2010, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #21] is accepted and adopted.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is reversed and this cause is remanded to the Commissioner for further consideration.

Dated this __8th__ day of March, 2010.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE